**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION

This document relates to:
  LAURA FAY

                Plaintiff,

vs.

TEVA PHARMACEAUTICALS USA, INC., et al,

                Defendants.

MDL DOCKET NO. 2974

1:20-md-2974

CIVIL ACTION FILE

NO. 1:23-cv-05304

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 15th day of July, 2026.

                KEVIN P. WEIMER
                CLERK OF COURT

        By:   s/C. Pollard
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
    Deputy Clerk